September 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DOMINION ESTATES HOMEOWNER'S ASSOCIATION, Appellant

NO. 14-12-00041-CV                         V.

MARY F. MASTERSON, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 2, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dominion Estates Homeowner's Association.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.